UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
dstein@steinllp.com

Attorneys for Plaintiff

| | |
|---|---|
| Dawn White,<br><br>  Plaintiff,<br><br>    - vs. –<br><br>Intercontinental Capital Group, Inc.,<br><br>  Defendant. | DOCKET NO. 22-CV-4080<br>(GRB)(LGD)<br><br>**RENEWED NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE, that upon the previously filed Memorandum of Law (Docket Entry 14), the previously filed Affidavit of David Stein, Esq., and the accompanying exhibits and supporting materials filed herein (Docket Entry 13), plaintiff Dawn White hereby moves this Court for a default judgment in the amount of a sum certain of $254,538.34 or in the alternative, for a proof hearing to establish plaintiff's damages. Also enclosed is a proposed form of Order for the default judgment, in the format specified by Appendix A of the Court's Individual Practice Rules.

Dated: December 6, 2023

/s/ David Stein

David Stein
**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444 / Fax: (212) 836-9595
dstein@steinllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this filing, and all supporting documents filed herewith, are being sent by first class mail to defendants at the following address:

Intercontinental Capital Group, Inc
265 Broadhollow Road, Suite 220
Melville, NY 11747

Dated: December 6, 2023

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444