**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 12 2026 ★

LONG ISLAND OFFICE

Eastern District of New York
-----------------------------------

~~Plaintiff~~

v.

Dawn White
~~Defendant~~
plaintiff
-----------------------------------

Case No. 22-CV-4080

Please be advised that my new address is: 585 East 32nd Street #C9

Number and Street:_____

City: Brooklyn      State: NY

Zip Code: 11210     Telephone No.: 704-904-9517

If Applicable:

Prison:_____   Prisoner ID No.:_____

Effective Date of Change:_____

Dated: March 12th 2026.

Signature: [signature]

Printed Name: Dawn Wh[ite]

**RECEIVED**
MAR 12 2026
EDNY PRO SE OFFICE